**Order entered November 29, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00693-CV**

**SHEILA MICHAL, INDIVIDUALLY AND AS A REPRESENTATIVE OF THE ESTATE OF ROBERT MICHAL, Appellant**

**V.**

**NEXION HEALTH AT GARLAND, INC. D/B/A PLEASANT VALLEY HEALTHCARE AND REHABILITATION CENTER AND NEXION HEALTH OF TEXAS, INC., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-05250**

**ORDER**

Before the Court is appellant's November 24, 2021 second unopposed motion to extend time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 3, 2022. Because the brief was first due November 3, 2021, we caution that further extension requests will be disfavored.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE